IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HALL HOUSING INVESTMENTS, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 11-0240-CG-B ) |
| XL SPECIALTY INSURANCE COMPANY, et al., | ) ) ) |
| Defendants. | ) |

### ORDER

The defendants having advised this court that the above-styled action has been settled, it is **ORDERED** that all claims in this matter are hereby **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this the 7th day of February, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE